IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Action No.: 1:13-cv-00007

| | |
|---|---|
| MOOG MUSIC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| A.C. ENTERTAINMENT, INC., | ) **WITHOUT PREJUDICE** ) |
| Defendant. | ) ) ) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Moog Music, Inc. hereby takes a Voluntary Dismissal Without Prejudice of its claims against Defendant A.C. Entertainment, Inc. Each party shall bear its own attorneys fees and costs.

This the 3rd day of May, 2013.

    /s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
Matthew H. Mall
N.C. Bar No. 36914
PARKER POE ADAMS & BERNSTEIN LLP
Wells Fargo Capitol Center
150 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Tel: (919) 828-0564
Fax: (919) 834-4564
christopherthomas@parkerpoe.com
mattmall@parkerpoe.com
*Counsel for Plaintiff Moog Music, Inc.*